**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-8002**

BRIAN KEITH CLYBURN,

Plaintiff - Appellant,

versus

POLICE DEPARTMENT, Spartanburg City; SPARTANBURG REGIONAL MEDICAL CENTER; DOCTOR CRAMER, individually; SPARTANBURG COUNTY DETENTION CENTER; TED SOAR, individually and officially; LISSETTE QUINONES, individually and officially,

Defendants - Appellees,

and

OFFICER BREWTON, individually and officially; JOHN DOE, a/k/a John Doe, Officer,

Defendants.

Appeal from the United States District Court for the District of South Carolina, at Spartanburg. Henry M. Herlong, Jr., District Judge. (CA-00-2817-20-AK-7)

Submitted: March 14, 2002      Decided: March 25, 2002

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

---

Brian Keith Clyburn, Appellant Pro Se.  James Dean Jolly, Jr., LOGAN, JOLLY & SMITH, L.L.P., Anderson, South Carolina; William Ussery Gunn, HOLCOMBE, BOMAR, GUNN & BRADFORD, P.A., Spartanburg, South Carolina; Edwin Calhoun Haskell, III, SMITH & HASKELL, Spartanburg, South Carolina; Julia Patricia Anderson, Spartanburg, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Brian Keith Clyburn appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint and denying reconsideration of that order.  We have reviewed the record, the district court's opinion and orders, and the magistrate judge's report and recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Clyburn v. Police Dep't</u>, No. CA-00-2817-20-AK-7 (D.S.C. Sept. 19 & Nov. 2, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2